7

AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| RAUL GONZALEZ-RUBACALVA | CASE NUMBER: 08CR1101-L |

I, RAUL GONZALEZ-RUBACALVA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);   Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

X Raul Gonzalez-Ruvalcaba
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
APR 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY